AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

Araceli Benitez
*Defendant*

Case No. EP:25-cr-00163-DB-1

Received
JAN 23 2025
USMS W/TX
El Paso

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Araceli Benitez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1-7: 18:1343.F (Wire Fraud)
Count 8-15: 18:1344A.F (Bank Fraud)
Count 16-17: 18:1957-4310.F (Money Laundering)
Count 18: 31:5324.F (Structuring Transactions to Evade Reporting Requirement)
Count 19-20: 18:1028A.F (Aggravated Identity Theft)
Count 21: 18:287.F (False or Fictitious Claims to the IRS)

Date: 01/23/2025

[signature]
*Issuing officer's signature*

City and state: El Paso, Texas

Laura Loera Operations Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*