UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:25-CR-00163(1)-DB |
| | § | |
| (1) ARACELI BENITEZ | § | |

# ORDER SETTING SENTENCING - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING - IN PERSON** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, December 17, 2026 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 24th day of September, 2026.

DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE